IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                    CASE NO. 1:97-cr-00013-MP-AK

RONALD WALTER EDGEMAN,

    Defendant.

_____/

## **O R D E R**

This matter is before the Court on Motion for Reconsideration of Sentence by Ronald Walter Edgeman, Doc. 1330. Mr. Edgeman will not be eligible for credit for good behavior while incarcerated unless he is sentenced to more than one year of incarceration, under 18 U.S.C. § 3624(b). Therefore, Mr. Edgeman asks this Court to extend his sentence by one day, from twelve months to twelve months and one day. The Government does not object to this request. Accordingly, to provide an incentive for Mr. Edgeman to be on the best possible behavior, it is

    **ORDERED AND ADJUDGED:**

    1.    The Judgment, Doc. 1331, as to Ronald Walter Edgeman is AMENDED.

    2.    The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of twelve (12) months and one (1) day.

    3.    All other terms of the Judgment, Doc. 1331, remain unchanged.

    **DONE AND ORDERED** this  *14th*  day of April, 2010



                                    *s/Maurice M. Paul*
                              Maurice M. Paul, Senior District Judge